Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100,
Berkeley CA, 94705
Ph. 510-301-1472
Email: princelawoffices@yahoo.com

Attorneys for Plaintiffs/Petitioners

UNITED STATES COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO HOMELESS UNION, et al.,

Plaintiffs,

vs.

CITY OF SACRAMENTO, et al,

Defendants.

Case No.: 2:26-cv-02473-TLN-AC

**NOTICE OF VOUNTARY DISMISSAL OF DEFENDANT ARDEN ACRES MODULAR HOME PARK WITHOUT PREJUDICE**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SACRAMENTO HOMELESS UNION hereby gives notice that defendant ARDEN ACRES MODULAR HOME PARK is voluntarily dismissed without prejudice. Defendant ARDEN ACRES MODULAR HOME PARK has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of ARDEN ACRES MODULAR HOME PARK from this action without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 28,2026

Respectfully Submitted,

/s/ Anthony D. Prince
Law Offices of Anthony D. Prince
Attorney for Plaintiffs